**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

KRISTI FEASTER,

    Plaintiff,

v.                                                               Case No: 8:12-cv-1598-T-30AEP

GILBERT GARCIA GROUP, PA,

    Defendant.

**ORDER**

THIS CAUSE comes before the Court *sua sponte*. Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The endorsed Order (Dkt. #22) entered on December 18, 2012, directing the parties to file a Case Management Report within twenty days is VACATED.

2. The parties have forty-five (45) days from the date of this Order in which to conduct limited discovery on Plaintiff's alleged hours worked.

3. At the conclusion of the forty-five (45) day period, the parties may mediate the case again with Magistrate Judge Anthony Porcelli, subject to his availability.

4. The parties have sixty (60) days from the date of this Order in which to file a Case Management Report.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of December, 2012.

                                                            JAMES S. MOODY, JR.
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                                  S:\Even\2012\12-cv-1598 vacate 22.docx